IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

M.H., FATHER OF M.T.H.,
K.L.N.,P.M.N., K.L.N., AND
N.P.N., A CHILD,

      Appellant,

  v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee,
_____/

Case No.  5D22-960
LT Case No. 2020-DP-000239

Decision filed July 27, 2022

Appeal from the Circuit Court
for Marion County,
Stacy M. Youmans, Judge.

Carl S. New, Ocala, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee,
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Amanda V.
Glass, Senior Attorney, of Statewide
Guardian ad Litem Office, Tallahassee,
for Guardian ad Litem.


PER CURIAM.


      AFFIRMED.


EDWARDS, HARRIS and TRAVER, JJ., concur.